# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1239
_____

Eddie Mekasha

*Plaintiff - Appellant*

v.

Christy Chapplear; Daniel Horton; Tyson Fresh Meats, Inc., also known as Tyson
Foods, Inc.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Western
_____

Submitted: June 28, 2024
Filed: July 3, 2024
[Unpublished]
_____

Before KELLY, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Eddie Mekasha appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Said v. Mayo Clinic, 44 F.4th 1142, 1147 (8th Cir. 2022) (reviewing grant of summary judgment de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.